In the Matter of MARY I. DANIMAN et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

In the Matter of VERA SHLAKMAN et al., Appellants, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted March 7, 1955; decided April 14, 1955.

Motion to amend remittitur or, in the alternative, to recall and retain remittitur pending decision by the Supreme Court of the United States of *Matter of Slochower* v. *Board of Higher Educ. of City of N. Y.,* denied. [See 306 N. Y. 532; 307 N. Y. 806.]

In the Matter of the Accounting of LEONA S. HOWLETT, as Executrix of HAROLD A. HOWLETT, Deceased, Appellant. S. J. REYNOLDS, Respondent.

Submitted November 15, 1954; decided April 14, 1955.

Motion for extension of time to file return on appeal herein withdrawn. [See 283 App. Div. 991.]